IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND PHILLIPS,<br>*Plaintiff,* | : <br> : <br> : | |
| v. | : | CIVIL ACTION NO. 25-CV-0171 |
| JEREMY WEINMAN, *et al.*,<br>*Defendants.* | : <br> : <br> : | |

## ORDER

AND NOW, this 27th day of February 2025, upon consideration of Raymond Phillips's Motion to Proceed *In Forma Pauperis* (ECF No. 1), Prisoner Trust Fund Account Statement (ECF No. 3), and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Raymond Phillips, #2023-1522, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Warden of Berks County Prison or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Phillips's inmate account; or (b) the average monthly balance in Phillips's inmate account for the six-month period immediately preceding the filing of this case. The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Phillips's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Phillips's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

3. The Clerk of Court is **DIRECTED** to send a copy of this Order to the Warden of Berks County Prison.

4. The Complaint is **DEEMED** filed.

5. All claims against Kathryn Lynne Lehman and Amy Litvinov are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Clerk of Court is **DIRECTED** to **TERMINATE** Defendants Lehman and Litvinov as parties on the docket.

6. All further proceeding are **STAYED** until Phillips informs this Court that his related appellate proceedings have been finally resolved.

7. If he seeks to pursue his claims, Phillips must notify this Court **within thirty (30) days of the final resolution of his related appellate proceedings** that (a) the proceedings have been resolved; (b) how the proceedings resolved; and (c) whether he still intends to pursue the claims in the instant case. Failure to comply with this Order may result in dismissal of this case.

8. The Clerk of Court is **DIRECTED NOT TO ISSUE SUMMONSES** at this time.

9. The time to serve process under Fed. R. Civ. P. 4(m) is hereby extended to the date 90 days following the issuance of summonses by the Clerk of Court upon further order of the Court.

                              **BY THE COURT:**

                              */s/ Gerald J. Pappert*
                              **Gerald J. Pappert, J.**